<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-7209**

———————

CLARENCE HUELL,

Plaintiff - Appellant,

v.

SCDC DIRECTOR JON OZMINT; WARDEN MCKITHER BODISON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of South Carolina, at Aiken. Henry F. Floyd, District Judge. (1:09-cv-01613-HFF)

———————

Submitted: March 31, 2011          Decided: April 5, 2011

———————

Before NIEMEYER, SHEDD, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Clarence Huell, Appellant Pro Se. Drew Hamilton Butler, Jocelyn Newman, Mason Abram Summers, RICHARDSON, PLOWDEN & ROBINSON, PA, Columbia, South Carolina, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence Huell appeals the district court's order accepting the recommendation of the magistrate judge and dismissing, in part, his 42 U.S.C. § 1983 (2006) complaint without prejudice for failure to exhaust administrative remedies and granting, in part, summary judgment to Appellees. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Huell v. Ozmint, No. 1:09-cv-01613-HFF (D.S.C. Aug. 16, 2010). We deny Appellees' motion to strike Huell's reply brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED